UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

WARREN COOK,

                                 Plaintiff,

-against-

THE CITY OF NEW YORK, JOSE VALENTIN (SHIELD
NO. 2455), UC 0084 (representing an undercover police
officer from Narcotics Bureau Manhattan South), JOHN
DOE 1-4 (representing unidentified officers of the NYPD),

                                 Defendants.

------------------------------------------------------------------x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY**

09 CV 10238 (CM)

**PLEASE TAKE NOTICE** that, pursuant to the individual practices of the Honorable Judge McMahon defendants[1] City of New York and Jose Valentin will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure based on Qualified Immunity and in accordance with Judge McMahon's individual practices, on the grounds that the defendant Jose Valentin is entitled to qualified immunity on some or all of plaintiff's claims.

**PLEASE TAKE FURTHER NOTICE** that such motion will be submitted following the prescribed period of discovery set forth in the Court's Individual Practices.

---

[1] Upon information and belief, the individual identified in the caption of the Complaint as "UC 0084" has not been served with the Summons and Complaint and therefore, is not a defendant in this action at this time. Defendants reserve their right to move pursuant to Rule 56 of the Federal Rules of Civil Procedure based on Qualified Immunity on behalf of "UC 0084" if he is properly served with process and is a party to this action.

Dated:     New York, New York
             May 3, 2010

                          MICHAEL A. CARDOZO
                          Corporation Counsel of the
                          City of New York
                          Attorney for Defendants City of New York
                          and Jose Valentin
                          100 Church Street, Room 3-196
                          New York, N.Y. 10007
                          (212) 788-0899

                  By:        /s/
                          Stuart E. Jacobs (SJ 8379)
                          Assistant Corporation Counsel

TO:     <u>BY ECF</u>
        Christopher Wright, Esq.
        305 Broadway, 14th Floor
        New York, New York 10007

09 CV 10238 (CM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN COOK,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, JOSE VALENTIN (SHIELD NO. 2455), UC 0084 (representing an undercover police officer from Narcotics Bureau Manhattan South), JOHN DOE 1-4 (representing unidentified officers of the NYPD),

                        Defendants.

## NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants City of New York and Jose Valentin*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Stuart E. Jacobs*
*Tel: (212) 788-0899*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................, 2010*

*................................................................Esq.*

*Attorney for ................................................................*